UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| BILLY J. MATHIS and LENORA L. MATHIS,<br><br>        Plaintiffs,<br><br>vs.<br><br>ABBVIE, INC., and ABBOTT LABORATORIES,<br><br>        Defendants. | Civil Action No.: 1:15-cv-08597<br><br>**STIPULATION AND JOINT MOTION FOR ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)** |

Following the testimony of the prescribing physician on April 6, 2018, and as discussed at the status conference on April 25, 2018, the parties to the action stipulate to dismissal, each side to bear its own fees and costs. Pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Court's Minute Entry for May 2, 2018 requiring leave of court for dismissals, the parties jointly move for an order to that effect.

Dated: May 10, 2018

/s/Dennis J. Canty
Lawrence J. Gornick
Dennis J. Canty
KAISER GORNICK LLP
100 Pringle Avenue, Suite 310
Walnut Creek, CA 94596
Tel: (415) 857-7400
Fax: (415) 857-7499
lgornick@kaisergornick.com
dcanty@kaisergornick.com

**Attorneys for Plaintiffs**

Dated: May 10, 2018 /s/Michelle H. Yeary
Michelle H. Yeary
DECHERT LLP
100 Overlook Center
2nd Floor
Princeton, NJ 08540
Tel: (609) 955-3200
Fax: (609) 873-9151
michelle.yeary@dechert.com

**Attorney for Defendants AbbVie, Inc. and Abbott Laboratories, Inc.,**

## CERTIFICATE REGARDING SIGNATURE ON STIPULATION

I hereby certify that I have express permission from Michelle H. Yeary, Esq. of Dechert LLP, counsel of record for defendants in this case, to file this document with Ms. Yeary's electronic signature.

By: /s/Dennis J. Canty
Dennis J. Canty

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

      By:    /s/Dennis J. Canty
                  Dennis J. Canty